UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  08-20895-CR-UNGARO/SIMONTON

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**EDA MILANES, et al.,**

    Defendants.

_____/

## ORDER RE: MOTION FOR LEAVE TO INSPECT PREMISES

Presently pending before this Court is Defendant Eda Milanes' Motion for Leave to Inspect Premises (DE # 136), which was joined by Co-defendant Jorge Pacheco (DE ##140, 158).  The Honorable Ursula Ungaro, United States District Judge, has referred this matter to the undersigned United States Magistrate Judge (DE # 157).  The government has responded (DE # 161).  Oral argument on the motion was heard on January 7, 2009.  This Order sets forth the rulings made orally at the hearing.

Defendant Eda Milanes seeks to inspect two locations which housed medical facilities relevant to the pending indictment–the former location of M&P Group of South Florida and Tender Care Medical Center, Inc.  She contends that the layout and dimensions of these facilities are material to her defense in that the angles and vantage points are relevant to establish whether the alleged illegal activity could have occurred outside of her presence and/or sight (DE # 136 at 1-2).  In response, the government states that it does not have control over either of these premises; moreover, the need for this information is minimal since the defendant worked there and is familiar with what the layout was at the time.

At oral argument, the government acknowledged that it did not oppose Defendant

Milanes' having access to the premises for the purpose of taking measurements or photographs, etc., but wanted to make clear that the government should not be compelled to provide such access since neither of the premises were within the government's control.  In reply, counsel for Defendant Milanes stated that she believed that the person in control of one of the premises, Tender Care Medical Center, might be a cooperating witness for the government, and that the government could order this person to make the premises available.  Counsel for Defendant Milanes also stated that this person was represented by counsel.

     The present motion was not served on either of the persons in control of the subject premises, or on counsel for Tender Care Medical Center; nor was there consultation with them regarding the fact that such a motion was going to be filed.  Counsel for Defendant Milanes stated that she had not consulted with them because she believed that such consultation would be futile; and, that the motion had not been served on them because they were not parties to this action.  The basis for this belief was that an investigator had been sent to the Tender Care Medical Center on two occasions and had not been able to obtain the requested access.  Defendant Milanes said that she had not contacted the person who was presently in possession of the former location of M&P Group of South Florida, and that she was less concerned about inspecting those premises.

     The government has asserted that it does not have control over the premises which are the subject of this motion, and there is no evidence to the contrary.  Therefore, the Court cannot order the government to provide access which it does not have.[1]  The

---

[1] The undersigned notes, however, that if the government had a cooperation agreement with the person in control of the premises, which gave the government the

persons who have access and control were not served with this motion, or with a subpoena, and the Court therefore has not obtained jurisdiction over those persons for the purposes of compelling them to do anything.

In lieu of denying this motion without prejudice, in view of the impending trial date, the undersigned Magistrate Judge has determined that it is appropriate to hold this motion in abeyance to permit counsel for Defendant Milanes to consult with the persons affected by this motion (*i.e.*, the persons in control of the premises), and to serve the motion on those persons if Defendant Milanes is unable to resolve this matter.

Resolution of this motion will be deferred until Defendant Milanes files a Certificate of Consultation and Proof of Personal Service of the Motion and this Order on the persons in control of the premises.  A response to the Motion will be due within ten calendar days from the date of Service of the Motion and this Order.

Therefore, based upon a review of the record as a whole, it is hereby

**ORDERED AND ADJUDGED** that the Motion for Leave to Inspect Premises is **DEFERRED** until a Certificate of Consultation and Proof of Personal Service is filed with the Court.

**DONE AND ORDERED** in chambers in Miami, Florida, on January 13, 2009.

*Andrea M. Simonton*

ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

---

right to such access upon request, a different result would obtain.  The undersigned accepted the government's statement that it did not have the requisite control or possession over the premises that would enable it to comply with a Court order compelling it to provide the requested access.

**Copies furnished to:**
**The Honorable Ursula Ungaro, United States District Judge**
**All counsel of record via CM/ECF**